UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

**ORIGINAL**

ANTONIO J. MITCHELL

    Plaintiff,

v.

ITT TECHNICAL INSTITUTE, a

Delaware Corporation,

    Defendant(s).

Civil No. 2:15-cv-11315-AC-DRG

Judicial Officer: Hon. Avern Cohn

Mag. Judge: David R. Grand

### NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

I am the Plaintiff in this matter and I voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Respectfully submitted,

Antonio Mitchell

Plaintiff Pro Per

16165 Forest Avenue

Eastpointe, MI 48021